In the Matter of the Final Judicial Settlement of the Account of Proceedings of JEROME A. PECK and HENRY S. TOWNSEND, JR., as Trustees under the Last Will and Testament of WILLIAM J. FOSTER, Deceased. EDWARD M. FOSTER, Appellant; AGNES PROVOOST, Individually and as Executrix, etc., of ADELAIDE A. FOSTER, Deceased, and JEROME A. PECK and HENRY S. TOWNSEND, JR., as Trustees, etc., of WILLIAM J. FOSTER, Deceased, Respondents.— Decree of the Surrogate's Court of Westchester county dated January 22, 1929, and decree

dated February 19, 1929, in so far as appealed from, unanimously affirmed, with costs to respondents payable out of the estate. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ. [133 Misc. 222.]